# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147756

In re KMS, Minor.

SC: 147756
COA: 314151
Ingham CC Family Division:
12-000159-AD

_____/

On order of the Court, the application for leave to appeal the August 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2014



Clerk

s0114